IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   10-cv-02149-MJW-MEH

STATE RESOURCES CORP.,

Plaintiff(s),

v.

RUSSELL D.  ZWIRN, and
DEBORAH ZWIRN,

Defendant(s).

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on January 13, 2011, by Judge Robert E. Blackburn and was assigned to Magistrate Judge Michael J. Watanabe on January 13, 2011, by Letter Reassigning Case.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Michael E. Hegarty is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER ORDERED that the **Order of Reference to United States Magistrate Judge**, entered by Judge Robert E. Blackburn on September 9, 2011, is **VACATED**.

IT IS FURTHER ORDERED that a Scheduling Conference is set before Magistrate Judge Michael J. Watanabe on March 10, 2011, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado. The parties shall submit their proposed scheduling order to Magistrate Judge Watanabe on or before March 4, 2011.  The parties shall have their calendars available at the

Scheduling Conference.   Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED THIS 3rd  DAY OF FEBRUARY, 2011

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge