IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   10-cv-02149-MJW-MEH

STATE RESOURCES CORP.,

Plaintiff(s),

v.

RUSSELL D. ZWIRN, and
DEBORAH ZWIRN,

Defendant(s).

ORDER OF DISMISSAL

Entered by Magistrate Judge Michael J. Watanabe

　　　　Based upon the ***Joint Motion for Dismissal Without Prejudice***, filed by the parties on March 3, 2011, DN 30, and the *Joint Motion for Dismissal Without Prejudice*, filed by the parties on March 3, 2011, (DN 31) (which is a duplicate filing of DN 30, and also included a proposed order of dismissal), it is HEREBY ORDERED that motions are both GRANTED and this case is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P 41 (a)(2).

　　　　SIGNED AND DATED THIS 3RD DAY OF MARCH, 2011

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Michael J. Watanabe
　　　　　　　　　　　　　　　　　　MICHAEL J. WATANABE
　　　　　　　　　　　　　　　　　　US MAGISTRATE JUDGE